ALICE PAVIGLANITI, as Administratrix of the Estate of BARTHOLOMEW PAVIGLANITI, Deceased, Respondent, v. U. S. STEEL CORP. et al., Defendants, and BROOKFIELD CONSTRUCTION Co. et al., Appellants.—

Rabin, P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.

EDWARD PHILLIPS, Appellant, v. BEECHCRAFT APARTMENTS, SECTION No. 1 CORP., Respondent.—

Munder, Acting P. J., Martuscello, Latham, Shapiro and Benjamin, JJ., concur.